UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-62382-CIV-SMITH/HUNT

DOUGLAS FLINT FAIRWEATHER,

    Plaintiff,
vs.

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon Magistrate Judge Hunt's Report and Recommendation [DE 21], recommending Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act [DE 19] be granted. No objections have been filed. Accordingly, having reviewed the Report and Recommendation, the motion, the record, and given that no objections have been filed, it is

**ORDERED** that:

1) Magistrate Judge Hunt's Report and Recommendation [DE 21] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act [DE 19] is **GRANTED**. Plaintiff is awarded $3,948.93 in attorneys' fees and costs in the amount of $405.00.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 24th day of February, 2026.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record